UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Aldoupolis et al. v. Monsanto Co.*, Case No. 3:20-cv-03433-VC  *Booth v. Monsanto Co.*, Case No. 3:20-cv-04654-VC | **ORDER DENYING MOTIONS FOR RECONSIDERATION**  Re: Dkt. Nos. 20468, 20482 |

The motions for reconsideration in the above captioned cases of PTO 324, which excluded Plaintiffs' expert Dr. Kevin Knopf, are denied. Knopf's treatment of Aldoupolis's obesity and smoking history is plainly inadequate. As for Booth, although it is a close question whether Knopf's opinion should have been initially excluded based on his treatment of Booth's family history of nonhematological cancers alone, it becomes an easy question when you consider that issue alongside Knopf's insufficient treatment of Booth's history of diabetes.

**IT IS SO ORDERED.**

Dated: August 20, 2025

VINCE CHHABRIA
United States District Judge